UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE, NEIL PIERRE RUSSELL, INDIVIDUAL MEMBER OF THE LOWER BRULE SIOUX TRIBE; STEPHANIE BOLMAN, INDIVIDUAL MEMBER OF THE LOWER BRULE SIOUX TRIBE; AND BEN JANIS, INDIVIDUAL MEMBER OF THE LOWER BRULE SIOUX TRIBE;<br><br>Plaintiffs,<br><br>vs.<br><br>LYMAN COUNTY, LYMAN COUNTY BOARD OF COMMISSIONERS, BRIAN KRAUS, IN HIS OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; LESLIE REUER, IN HER OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; ZANE REIS, IN HIS OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; RYAN HUFFMAN, IN HIS OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; JARED SCHELSKE, IN HIS OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; AND DEB HALVERSON, IN HER OFFICIAL CAPACITY AS LYMAN COUNTY AUDITOR;<br><br>Defendants. | 3:22-CV-03008-RAL<br><br>ORDER SETTING BRIEFING SCHEDULE |

Plaintiffs filed this case on May 18, 2022, and moved for a preliminary injunction the following day. This Court emailed the parties about setting a briefing schedule on the motion for a preliminary injunction but never heard back from counsel for the Defendants. Counsel for

Defendants has now filed a notice of appearance, however, and has been communicating with the Clerk of Court. To aid in a timely resolution of this case, it is hereby

ORDERED that Defendants have until June 28, 2022, to respond to the Plaintiffs' motion for a preliminary injunction. It is further

ORDERED that the Plaintiffs have until July 12, 2022, to file a reply brief. It is further

ORDERED that counsel for both parties cooperate with chambers to schedule a hearing in this case. That hearing will likely occur in the latter half of July.

DATED this 7th day of June, 2022.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE