UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE; and individual members Neil Pierre Russell, Stephanie Bolman, and Ben Janis,<br><br>    Plaintiffs,<br><br>v.<br><br>LYMAN COUNTY; LYMAN COUNTY BOARD OF COMMISSIONERS; BRIAN KRAUS, in his official capacity as Lyman County Commissioner; LESLIE REUER, in her official capacity as Lyman County Commissioner; ZANE REIS, in his offical capacity as Lyman County Commissioner; RYAN HUFFMAN, in his official capacity as Lyman County Commissioner; JARED SCHELSKE, in his official capacity as Lyman County Commissioner; and DEB HALVERSON, in her official capacity as Lyman County Auditor,<br><br>    Defendants. | Case No. 3:22-cv-03008<br><br>**DEFENDANTS' MOTION TO DISMISS IN LIEU OF ANSWER** |

  COMES NOW Defendants, by and through their counsel, Sara Frankenstein and Richard M. Williams of Gunderson, Palmer, Nelson & Ashmore, LLP, and respectfully submit this Motion to Dismiss in Lieu of an Answer, filed pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6). This motion is supported by the accompanying brief and Affidavit of Deb Halverson.

-2-

Dated:  June 28, 2022.

                GUNDERSON, PALMER, NELSON
                      & ASHMORE, LLP


By:  */s/ Sara Frankenstein*
     Sara Frankenstein
     Richard M. Williams
     Attorneys for Defendants
     506 Sixth Street
     P.O. Box 8045
     Rapid City, SD  57709
     Telephone: (605) 342-1078
     Telefax:  (605) 342-9503
     E-mail:  sfrankenstein@gpna.com
                rwilliams@gpna.com