UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE; and individual members Neil Pierre Russell, Stephanie Bolman, and Ben Janis,<br><br>Plaintiffs,<br><br>v.<br><br>LYMAN COUNTY; LYMAN COUNTY BOARD OF COMMISSIONERS; BRIAN KRAUS, in his official capacity as Lyman County Commissioner; LESLIE REUER, in her official capacity as Lyman County Commissioner; ZANE REIS, in his official capacity as Lyman County Commissioner; RYAN HUFFMAN, in his official capacity as Lyman County Commissioner; JARED SCHELSKE, in his official capacity as Lyman County Commissioner; and DEB HALVERSON, in her official capacity as Lyman County Auditor,<br><br>Defendants. | Case No. 3:22-cv-03008<br><br>**DEFENDANTS' SECOND MOTION TO DISMISS** |

COMES NOW Defendants ("the County"), by and through their counsel, Sara Frankenstein of Gunderson, Palmer, Nelson & Ashmore, LLP, and respectfully moves the Court for an order dismissing Plaintiffs' Complaint for lack of subject-matter jurisdiction because Plaintiffs' claims are now moot by virtue of the County enacting its new Ordinance and the Court enjoining its modification. This motion is filed pursuant to Federal Rule of Civil Procedure 12(b)(1). This motion is supported by the accompanying brief in support of Defendants' Second Motion to Dismiss.

-2-

Dated: September 26, 2022.

                                         GUNDERSON, PALMER, NELSON
                                             & ASHMORE, LLP

By: */s/ Sara Frankenstein*
      Sara Frankenstein
      Attorneys for Defendants
      506 Sixth Street
      P.O. Box 8045
      Rapid City, SD  57709
      Telephone: (605) 342-1078
      Telefax:  (605) 342-9503
      E-mail:  sfrankenstein@gpna.com