# United States District Court
## District of South Dakota
Office of the Clerk

| | | |
|---|---|---|
| Central/Northern Division<br>P.O. Box 7147<br>Pierre, SD 57501 | Southern Division<br>400 South Phillips,<br>Room 128<br>Sioux Falls, SD 57104 | Western Division<br>515 Ninth Street,<br>Room 302<br>Rapid City, SD 57701 |

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 330-6600

October 4, 2022

Scott Lewandoski  
Eighth Circuit Court of Appeals  
111 South 10th Street, Suite 24.329  
St. Louis MO  63102

   Re: Your File No.: 22-2748  
      Our File No.: 22-cr-3008  
      Lower Brule Sioux Tribe v. Lyman County et al.

Dear Scott:

Enclosed please find the following documents for the above case on appeal:

- Doc. 68 – Transcript of Evidentiary Hearing held on 07/26/2022.
- Doc. 74 – Transcript of Status Hearing held on 08/23/2022.
- Physical Exhibit H received during the Evidentiary Hearing held on 07/26/2022 – 07/27/2022 will be sent in separate cover.

                 Office of the Clerk

Enclosures