UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE; and individual members Neil Pierre Russell, Stephanie Bolman, and Ben Janis, <br><br> Plaintiffs, <br><br> v. <br><br> LYMAN COUNTY; LYMAN COUNTY BOARD OF COMMISSIONERS; BRIAN KRAUS, in his official capacity as Lyman County Commissioner; LESLIE REUER, in her official capacity as Lyman County Commissioner; ZANE REIS, in his official capacity as Lyman County Commissioner; RYAN HUFFMAN, in his official capacity as Lyman County Commissioner; JARED SCHELSKE, in his official capacity as Lyman County Commissioner; and DEB HALVERSON, in her official capacity as Lyman County Auditor, <br><br> Defendants. | Case No. 3:22-cv-03008 <br><br><br><br><br> NOTICE OF APPEAL |

**NOTICE OF APPEAL OF ORDER GRANTING PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that all Defendants above-named hereby appeal to the United States Court of Appeals for the Eighth Circuit the Order Granting Motion for and Entering Preliminary Injunction to a Limited Extent (Doc. 79) entered in this action on September 2, 2022 by the United States District Court for the Central Division of South Dakota and all other matters and orders affecting the Order.

Defendants previously filed a notice of appeal on August 16, 2022 of the District Court's Opinion and Order Granting Motion for Preliminary Injunction Depending on Adoption of an Appropriate Remedial Plan (Doc. 55). The previous notice of appeal is sufficient to address the

subsequent order entered by this Court but Defendants file this notice of appeal to avoid any appearance of waiving the issue.

Dated: October 4, 2022.

                              GUNDERSON, PALMER, NELSON
                                 & ASHMORE, LLP

By: */s/ Sara Frankenstein*
     Sara Frankenstein
     Attorneys for Defendants
     506 Sixth Street
     P.O. Box 8045
     Rapid City, SD  57709
     Telephone: (605) 342-1078
     Telefax:  (605) 342-9503
     E-mail:  sfrankenstein@gpna.com