# United States District Court
## District of South Dakota
Office of the Clerk

| | | |
|---|---|---|
| Central/Northern Division<br>P.O. Box 7147<br>Pierre, SD 57501 | Southern Division<br>400 South Phillips,<br>Room 128<br>Sioux Falls, SD 57104 | Western Division<br>515 Ninth Street,<br>Room 302<br>Rapid City, SD 57701 |

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 330-6600

October 5, 2022

**TRANSMITTAL OF NOTICE OF APPEAL IN A CIVIL CASE**

1. **Case No. & Short Caption:** 3:22-cv-3008; Lower Brule Sioux Tribe et al. v. Lyman County et al

2. **Date Notice of Appeal filed:** October 4, 2022; Doc. 92

3. **Have other appeals been filed in this case? If so, Appeal No.:** Yes; 22-02748

4. **Court Reporter:** Connie Heckenlaible  
   225 S. Pierre St., 2nd Floor  
   Pierre, SD  57501  
   605-945-4627  
   Connie_heckenlaible@sdd.uscourts.gov

5. **Fee Status:**

   ☒ **Paid**   ☐ **Not Paid**   ☐ **IFP granted**   ☐ **IFP Pending**

*NOTE*: If this is a prisoner civil appeal, do *not* transmit the appeal until the filing fee has been paid or the district court rules on IFP. Otherwise, the Eighth Circuit will issue a limited remand.

6. **Are there any other pending motions? If yes, list pending motions and document numbers:** Yes

   Doc. 83, Second Motion to Dismiss for Lack of Jurisdiction; Doc. 86, Motion to Stay Discovery – Expedited Consideration Requested; Doc. 90, Motion to Expedite Briefing on Motion to Stay Discovery

7.  **If this is a §2255 or §2254 appeal, has there been a ruling on COA?**     n/a

*NOTE:* Do *not* transmit the appeal until the district court rules on the COA or the Eighth Circuit will issue a limited remand

8.  **Additional comments:**     None

                                               Office of the Clerk