UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| LOWER BRULE SIOUX TRIBE, NEIL PIERRE RUSSELL, INDIVIDUAL MEMBER OF THE LOWER BRULE SIOUX TRIBE; STEPHANIE BOLMAN, INDIVIDUAL MEMBER OF THE LOWER BRULE SIOUX TRIBE; AND BEN JANIS, INDIVIDUAL MEMBER OF THE LOWER BRULE SIOUX TRIBE; | 3:22-CV-03008-RAL |
| Plaintiffs, | |
| vs. | CONSENT DECREE |
| LYMAN COUNTY, LYMAN COUNTY BOARD OF COMMISSIONERS, BRIAN KRAUS, IN HIS OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; LESLIE REUER, IN HER OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; ZANE REIS, IN HIS OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; RYAN HUFFMAN, IN HIS OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; JARED SCHELSKE, IN HIS OFFICIAL CAPACITY AS LYMAN COUNTY COMMISSIONER; AND DEB HALVERSON, IN HER OFFICIAL CAPACITY AS LYMAN COUNTY AUDITOR; | |
| Defendants. | |

Plaintiffs, Neil Pierre Russell, Stephanie Bolman, and Ben Janis, filed their Complaint on May 18, 2022. To avoid the expense of further litigation and trial, both parties entered into mediation before the Honorable Magistrate Judge Mark A. Moreno and have come to an agreement. The Parties have submitted the following to the Court for approval as a Consent Decree. By entering into this Consent Decree, Defendants do not admit liability on any of the claims being settled herein.

Accordingly, based on the consent and agreement of the parties and this Court's previous findings and conclusions in its September 2, 2022, Opinion and Order Granting Motion for and Entering Preliminary Injunction to a Limited Extent (ECF No. 79), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Court retains jurisdiction over this action pursuant to 42 U.S.C. § 10302 (c) until December 1, 2034;

2. At the next regular county commission meeting, December 13, 2022, Commissioner Brian Kraus will resign his position as commissioner. Within the month of December, the remaining county commissioners will appoint to fill the vacancy, which will be an enrolled Lower Brule tribal member, to complete the remainder of Brian Kraus's term beginning January 1, 2023. The Tribe is invited to supply a list of recommended tribal members for the county commissioners' consideration, although the commission is not restrained to only those names recommended by the Tribe.

3. In furtherance of the efforts to compromise and settle, the parties stipulate and agree that the element of intentional wrongdoing by the Defendants, their predecessors, and subsequent parties has not been resolved by admission or adjudication. This settlement agreement should not be cited by any party as precedent or proof to resolve such questions in other cases. Plaintiffs and their legal counsel, including NARF, shall not state or infer in any manner that Lyman County officials acted with discriminatory intent, are racist, or engaged in racist conduct.

4. Defendants have agreed to pay Plaintiffs the amount of $150,000 ($100,000 in attorneys' fees due and payable no later than January 31, 2023, and $50,000 in expenses due and payable no later than December 31, 2022), for past, present and future attorney's fees, costs and expenses, except that the parties acknowledge that a claim for future fees by either party will be limited to services specifically associated with a successful challenge to enforce this Consent Decree. The parties acknowledge that in the event Plaintiffs commence a proceeding to enforce the Consent Decree which the Court determines to be frivolous, the Defendants may be entitled to an award of attorneys' fees and expenses.

5. The Court finds that the New Ordinance 2022-01 does not have the purpose and will not have the effect of denying or abridging the right to vote on account of race or color or in contravention of the voting guarantees set forth in 52 U.S.C. § 10301.

6. The County agrees not to change the New Ordinance 2022-01 until state statute requires a re-districting utilizing the next decade's census data.

7. The Tribe will not exercise Section 5 of the New Ordinance 2022-01, in that they will not appoint a liaison or require the County to utilize a liaison.

8. The County shall take reasonable steps to implement a voter education program to inform voters of the new changes to the voting system.

9. This decree is binding on the parties, their successors, agents, attorneys, and assigns.

10. This action shall be administratively closed and is removed from the Court's docket.

3

DATED this 5th day of December, 2022.

**Neil Pierre Russell**, *individual member of the Lower Brule Sioux Tribe* and authorized signatory for
**Lower Brule Sioux Tribe**
**Stephanie Bolman**, *individual member of the Lower Brule Sioux Tribe*
**Ben Janis**, *individual member of the Lower Brule Sioux Tribe*

PLAINTIFFS

**Randolph J. Seiler**
Randy Seiler Law Office, LLC
2411 Whispering Shores Drive
Box 460
Ft. Pierre, SD 57532
(605) 223-9040
Fax: (605) 223-9230
Email: randyseilerlaw@gmail.com

**Allison A. Neswood**
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
(202) 734-6449
Fax: (303) 443-7776
Email: neswood@narf.org

**Bryan L. Sells**
The Law Office of Bryan L. Sells, LLC
P.O. Box 5493
Atlanta, GA 31107-0493
(404) 480-4212
Fax: (404) 480-4212
Email: bryan@bryansellslaw.com

**John F. Libby**
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
Fax: (310) 312-4224
Email: jlibby@manatt.com

4

**Kathryn Eidmann**
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977
Fax: (213) 385-9089
Email:
keidmann@publiccounsel.org

**Matthew Campbell**
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
(303) 447-8760
Fax: (303) 443-7776
Email: mcampbell@narf.org

**Michael S. Carter**
Native American Rights Fund
1506 Broadway
Boulder, CO 80302
(303) 447-8760
Fax: (303) 443-7776
Email: carter@narf.org

**Samantha B. Kelty**
Native American Rights Fund
1514 P Street, NW, Suite D
Washington, DC 20005
(303) 447-8760
Fax: (303) 443-7776
Email: kelty@narf.org

**Sirena P. Castillo**
Manatt, Phelps & Phillips, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
(310) 312-4000
Fax: (310) 312-4224
Email: scastillo@manatt.com

**Tara Ford**
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005
(213) 385-2977
Fax: (213) 385-9089
Email: tford@publiccounsel.org

COUNSEL FOR PLAINTIFFS

5

**Lyman County Board of Commissioners**
*By* **Zane Reis**, Chairman

**Brian Kraus**, *in his official capacity as Lyman County Commissioner*

**Leslie Reuer**, *in her official capacity as Lyman County Commissioner*

**Zane Reis**, *in his official capacity as Lyman County Commissioner*

**Ryan Huffman**, *in his official capacity as Lyman County Commissioner*

**Jared Schelske**, *in his official capacity as Lyman County Commissioner*

**Deb Halverson** *in her official capacity as Lyman County Auditor*

DEFENDANTS

**Sara Frankenstein**
Gunderson, Palmer, Nelson & Ashmore, LLP
506 Sixth Street
PO Box 8045
Rapid City, SD 57709-8045
(605) 342-1078
Fax: (605) 342-0480
Email: sfrankenstein@gpna.com

COUNSEL FOR THE DEFENDANTS

6